UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIEAUKA Y. BRADLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD TERHAR,<br><br>    Defendant. | Case No. C08-5499 FDB/KLS<br><br>ORDER DENYING MOTION TO REDUCE COLLECTION AND SUSPEND PAYMENTS |

    This civil rights action has been referred to the undersigned United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. On September 3, 2008, Mr. Bradley was granted leave to proceed *in forma pauperis*. Dkt. # 4. Before the Court is Plaintiff's motion to reduce and/or suspend collection of repayment of the filing fee from his prison account until the conclusion of this lawsuit. Dkt. # 8. Plaintiff requests this relief because he has two additional pending cases leaving him with only 10% of his net income to finance his cases. *Id*.

    While the Court recognizes that the funds to which Plaintiff has access may not be great, it is also aware that Plaintiff's basic needs are provided for while he is incarcerated and it is not unreasonable to expect Plaintiff to continue to pay the minimal amounts toward the filing fee in this matter.

ORDER - 1

1     Accordingly, it is **ORDERED** that Plaintiff's motion to reduce collection and suspend
2 payments (Dkt. # 8) is **DENIED**.

4     DATED this <u>24th</u> day of October, 2008.

                                                             Karen L. Strombom
                                                             United States Magistrate Judge

28 ORDER - 2