UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIEAUKA Y. BRADLEY,

    Plaintiff,

v.

TODD TERHAR,

    Defendant.

Case No. C08-5499 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

This civil rights action comes before the Court on the Report and Recommendation of the Magistrate Judge that Plaintiff's action be dismissed, without prejudice for failure to state a claim under 42 U.S.C. § 1983. As detailed by the Magistrate Judge, the Plaintiff has failed to assert facts that would support Section 1983 liability as to the Defendant.

Plaintiff has filed an objection to the Report and Recommendation contending that the Magistrate Judge misconstrued Plaintiff's factual allegations in his First Amended Complaint.[1] Plaintiff's request for relief is an order from this Court to award the plaintiffs in a state court proceeding 50% of the damage award entered against Plaintiff Bradley. Essentially, Plaintiff contends that Defendant Terhar is responsible for 50% of the damages assessed against Plaintiff in the state court proceeding and thus, Plaintiff is entitled to a 50% contribution from Defendant.

---

[1] In Plaintiff's original and amended complaint it appeared to the Magistrate Judge that Plaintiff was seeking to enforce a arbitration judgment awarded Plaintiff. Only in his objection to the Report and Recommendation does it become evident that Plaintiff seeks contribution for a judgment entered against him in the state court proceedings.

ORDER - 1

The complaint fails to allege any constitutional harm. Plaintiff simply seeks contribution from Defendant in the state court proceeding. This is a matter that is properly the subject of the state court where the judgment was obtained upon which Plaintiff seeks contribution.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts, as modified in this Order, the Report and Recommendation;

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim. This dismissal **counts as a strike pursuant to 28 U.S.C. § 1515(g)**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 24th day of November, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2