# United States District Court

WESTERN DISTRICT OF WASHINGTON

DIEAUKA Y. BRADLEY

JUDGMENT IN A CIVIL CASE

v.

TODD TERHAR

CASE NUMBER: C08-5499 FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED without prejudice** prior to service for failure to state a claim. This dismissal **counts as a strike pursuant to 28 U.S.C. § 1915(g).**

November 25, 2008                    BRUCE RIFKIN
                                      Clerk

                                      Jennie L. Patton
                                      Deputy Clerk